

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-28-1996

# Sheridan v. DuPont & Co.

Precedential or Non-Precedential:

Docket 94-7509

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Sheridan v. DuPont & Co." (1996). *1996 Decisions.* Paper 255.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/255

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 94-7509
_____

BARBARA R. SHERIDAN,

Appellant

v.

E. I. DUPONT de NEMOURS AND COMPANY;
JACQUES AMBLARD

_____

Present:  SLOVITER, Chief Judge, BECKER, MANSMANN, GREENBERG,
         SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, McKEE and
         SAROKIN, Circuit Judges, and SCHWARZER[298], District
Judge


O R D E R


     A majority of the active judges having voted for

rehearing in banc in the above appeal, it is

     O R D E R E D  that the Clerk of this Court vacate the

panel's opinion and judgment dated January 31, 1996, and list the

above case for rehearing in banc on May 14, 1996.


                         By the Court,


                          /s/ Dolores K. Sloviter

                         Chief Judge




Dated:February 28, 1996

[298]Hon. William W Schwarzer, Senior Judge, United States District Court for the Northern District of California, sitting by designation, as to panel rehearing only.